In the Matter of the Probate of the Will of Ivo F. HOECHLE, JR., Deceased. KENNETH W. HASLAM et al., as Executors of Ivo HOECHLE, JR., Deceased, Respondents; VETERANS OF FOREIGN WARS NATIONAL HOME, Appellant.—

Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 882.]